UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL G. RAMIS,

Petitioner,

-against-

WARDEN E. RICKARD,

Respondent.

1:25-CV-5649 (JHR)

ORDER TO ANSWER, 28 U.S.C. § 2241

JENNIFER H. REARDEN, United States District Judge:

The Court, having examined the petition in this action, which Petitioner filed pursuant to

28 U.S.C. § 2241, hereby ORDERS that:

The Clerk of Court shall electronically notify the Civil Division of the United States

Attorney's Office for the Southern District of New York that this Order has been issued.

Within 60 days of the date of this Order, the United States Attorney's Office shall file a

response to the petition. Petitioner may file reply papers, if any, within 30 days of the date he is

served with Respondent's response to the petition.

SO ORDERED.

Dated:    August 19, 2025
          New York, New York

_____
JENNIFER H. REARDEN
United States District Judge