UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL G. RAMIS,<br><br>     Petitioner,<br><br> -against-<br><br>WARDEN E. RICKARD<br><br>     Respondent. | 25 -CV-5649 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  The October 1, 2025 Standing Order staying certain deadlines in civil cases where the Government is a party is no longer in effect.

  The Government's shall file a response to Petitioner's petition by **December 9, 2025.**

Petitioner may file reply papers, if any, by **January 8, 2026.**

DATED: November 20, 2025
     New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge