UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL G. RAMIS,

Petitioner,

-against-

WARDEN E. RICKARD

Respondent.

25 -CV-5649 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On January 8, 2026, I extended the briefing schedule in this matter, ordering Petitioner to file his reply memorandum of law in support of his petition by March 11, 2026. (*See* ECF 13.) Petitioner has not complied.

Accordingly, I am nunc pro tunc extending the deadline for Petitioner to file his reply until **April 30, 2026**.

If Plaintiff has legal questions about his case or this order, he is encouraged to contact the independent Legal Assistance Clinic at (212) 382-4794. The Clinic may be able to provide a pro se party with advice in connection with his or her case. The Legal Assistance Clinic is run by a private organization called the City Bar Justice Center. The Clinic is not part of or run by the Court, and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit by email (ProSe@nysd.uscourts.gov) or by mail or hand delivery (Pro Se Intake Unit, 500 Pearl Street, Room 205, New York, NY 10007).

1

If Plaintiff would like legal assistance, he should complete the City Bar Justice Center's intake form (available at https://www.nysd.uscourts.gov/attorney/legal-assistance) to make an appointment. If Plaintiff has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the Clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). Appointments are available remotely Monday through Friday from 10:00 a.m. to 4:00 p.m.

DATED:  March 16, 2026
        New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge