UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MICHAEL G. RAMIS,<br><br>      Petitioner,<br><br>  -against-<br><br>WARDEN E. RICKARD<br><br>      Respondent. | 25 -CV-5649 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On March 17, 2026, the Clerk of Court mailed a copy of my Order at ECF 16 to Petitioner at his address as listed on the docket at FCI Otisville. On April 13, 2026, the Court received a returned mail notice indicating that my Order was not deliverable as addressed and could not be forwarded.

The Clerk of Court is respectfully requested to update Petitioner's address on the docket to the following address:

> Michael G. Ramis
> Reg. 89907-509
> F.C.I. Allenwood Medium
> P.O. Box 2000
> White Deer, PA 17887-2000

The Clerk of Court is respectfully requested to re-send all previous orders and the Government's filings at ECF 10, 12, 14, and 15.

DATED:  April 14, 2026
    New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge