UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL G. RAMIS,<br>Petitioner,<br>-against-<br>WARDEN E. RICKARD<br>Respondent. | 25 -CV-5649 (JHR) (RFT)<br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Petitioner's letter requesting to voluntarily dismiss his "motion" without prejudice (ECF 25). Assuming that Petitioner wishes for his habeas petition to be dismissed, because Respondent has responded to the petition (ECF 14), the parties must, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), file a stipulation of dismissal signed by all parties who have appeared.

Accordingly, if Respondent agrees to the dismissal, it shall prepare and sign a stipulation of dismissal and, by **September 8, 2026**, send it to Petitioner to be countersigned, and file proof of such service on the docket. If Petitioner wishes for his habeas petition to be dismissed, he must sign and return the stipulation of dismissal to the Court to be so ordered by Judge Rearden. If Respondent timely sends Petitioner the signed stipulation of dismissal and the Court does not receive it back from Petitioner by **September 22, 2026**, the Court will set a telephone conference to discuss the status of this matter.

DATED: September 2, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge