UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL G. RAMIS,<br>Petitioner,<br>-against-<br>WARDEN E. RICKARD<br>Respondent. | 25-CV-5649 (JHR) (RFT)<br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On September 2, 2026, I ordered Respondent, if it agrees to the dismissal of Petitioner's habeas petition, to prepare and sign a stipulation of dismissal and, by September 8, 2026, send it to Petitioner to be countersigned, and file proof of such service on the docket. (*See* ECF 26.) Respondent has not filed proof of service. Accordingly, I am nunc pro tunc extending the deadline for Respondent to file proof of such service on the docket until **September 11, 2026**.

If Petitioner wishes for his habeas petition to be dismissed, he must sign and return the stipulation of dismissal to the Court to be so ordered by Judge Rearden. If Respondent timely sends Petitioner the signed stipulation of dismissal and the Court does not receive it back from Petitioner by **September 22, 2026**, the Court will set a telephone conference to discuss the status of this matter.

DATED: September 9, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge