UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL G. RAMIS,

Petitioner,

-against-

WARDEN E. RICKARD

Respondent.

25-CV-5649 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On September 29, 2026, the Court received the parties' signed stipulation of voluntary dismissal (ECF 30). Accordingly, the telephone conference scheduled for October 1, 2026 is cancelled. Counsel for respondent must send this order to petitioner by **September 30, 2026**, and file proof of such service on the docket.

DATED: September 29, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge